UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACQUELINE DENISE SMITH, Independent Administrator of the Estate of Danarian Hawkins, Deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| HARRIS COUNTY, TEXAS, | § § | CIVIL ACTION NO. H-14-2226 |
| Defendant. | § § § § | |

ORDER DENYING MOTION DEFENDANT'S RENEWED MOTION TO DISMISS

The Court, having considered Defendant's Renewed Motion to Dismiss and Plaintiff's response thereto, hereby DENIES the motion in its entirety.

Signed at Houston, TX on this _____ day of _____ 2016.

_____

United States District Judge Ewing Werlein, Jr.