**Table of Exhibits**

| No. | Description |
|-----|-------------|
| 1 | Inmate Offense Reports |
| 2 | Daily Observation Log (Feb. 5, 2014) |
| 3 | Deposition of Marvin Perkins |
| 4 | Harris County Sheriff's Office ("HCSO") Policies & Procedures |
| 5 | Hawkins's Housing Summary |
| 6 | Cellblock Descriptor |
| 7 | John Martin Deposition |
| 8 | Christopher Cano Deposition |
| 9 | Inmate Handbook (excerpt) |
| 10 | Clayton Aguirre Deposition |
| 11 | Steve Wilson Deposition |
| 12 | HFD Ambulance Report |
| 13 | Plaintiff Jacqueline Smith Deposition |
| 14 | Lorene Hawkins Deposition |
| 15 | Hawkins's Booking History |
| 16 | Hawkins's HCSO Psychiatric Records |
| 17 | Psychiatric Referrals |
| 18 | Contract between HCSO & MHMRA |
| 19 | Dr. Enrique Huerta Deposition |
| 20 | Transfer Sheets |
| 21 | LPHA-Intern Chelsea Ford Deposition |
| 22 | Major Greg Summerlin Deposition |
| 23 | Dr. Shane Konrad Deposition |
| 24 | MHMRA Policies & Procedures |

| 25 | HCSO Training Materials (on Suicide Prevention and ADA) |
| 26 | Dr. Marcus Guice Deposition |
| 27 | Hawkins's Letters & Rap Lyrics |
| 28 | Hawkins's Criminal History |
| 29 | Dr. Joseph Penn Deposition |
| 30 | Competency Evaluations |
| 31 | TCOLE Training Records for Christopher Cano |
| 32 | Dr. Joseph Penn's Expert Report |
| 33 | Hawkins's Inmate Disciplinary & Grievance History |
| 34 | Photographs |
| 35 | James Upchurch Deposition |
| 36 | Hawkins's Administrative Separation Review Sheet |
| 37 | Margo Frasier's Expert Report |
| 38 | TCOLE Training Records for Steve Wilson |
| 39 | HCSO Federal Funding |