**EXHIBIT 13**

1

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION

 3   JACQUELINE SMITH,              )
          Plaintiff,               )
 4                                  )
                                    ) CIVIL ACTION NO.:
 5   V.                             ) 4:15-cv-2226
                                    )
 6                                  )
                                    )
 7   HARRIS COUNTY, TEXAS,          )
          Defendant.               )
 8

 9         *********************************

10               ORAL DEPOSITION OF

11               JACQUELINE SMITH

12                 May 16, 2017

13         *********************************

14       ORAL AND VIDEOTAPED DEPOSITION OF JACQUELINE SMITH,

15   produced as a witness at the instance of the Defendant,

16   and duly sworn, was taken in the above-styled and

17   numbered cause on the 16th day of May, 2017, from

18   9:44 a.m. to 3:16 p.m., before Lillian C. Melancon, CSR

19   in and for the State of Texas, reported by machine

20   shorthand, at the law offices of Baker Donelson Bearman

21   Caldwell & Berkowitz, PC, 1301 McKinney Street,

22   Suite 3700, Houston, Texas 77010, pursuant to notice,

23   the Federal Rules of Civil Procedure and the provisions

24   stated on the record or attached hereto.

25
```

**Jacqueline Smith - May 16, 2017**

19

| | | |
|---|---|---|
| 10:05:39 | 1 | Q.  Do you know if it had been several years or |
| 10:05:43 | 2 | several months? |
| 10:05:49 | 3 | A.  I'm not sure. |
| 10:05:53 | 4 | Q.  When was the last time you remember him having |
| 10:05:57 | 5 | a job? |
| 10:06:14 | 6 | A.  I don't remember the year. |
| 10:06:21 | 7 | Q.  Is there any way for you to ballpark it?  Was |
| 10:06:26 | 8 | it more than five years before he went to jail in 2012, |
| 10:06:31 | 9 | more than ten years before? |
| 10:06:32 | 10 | A.  It wasn't more than five, I don't -- it wasn't |
| 10:06:36 | 11 | more than five. |
| 10:06:38 | 12 | Q.  But it might have been a couple of years? |
| 10:06:42 | 13 | A.  Yes. |
| 10:06:50 | 14 | Q.  What type of work was he doing?  The last time |
| 10:06:55 | 15 | you remember him doing work, what type of work was it? |
| 10:07:00 | 16 | A.  The last job was meter reader for CenterPoint. |
| 10:07:10 | 17 | Q.  Was he a full-time employee for CenterPoint? |
| 10:07:15 | 18 | A.  Yes, ma'am. |
| 10:07:16 | 19 | Q.  Do you recall how long he had that job? |
| 10:07:21 | 20 | A.  I'm not sure, but -- the length, but maybe six |
| 10:07:28 | 21 | months. |
| 10:07:31 | 22 | Q.  And you said "maybe six months." |
| 10:07:36 | 23 | What -- what other jobs do you recall him |
| 10:07:39 | 24 | having had in the last ten years? |
| 10:07:41 | 25 | A.  Darryl Merchant Design.  It's just Darryl & |

**CONTINENTAL COURT REPORTERS, INC.**
**(713) 522-5080**

Jacqueline Smith - May 16, 2017                    20

| | | |
|---|---|---|
| 10:07:44 | 1 | Company now.  He did staging for them. |
| 10:07:49 | 2 | Q.   Any other jobs? |
| 10:07:51 | 3 | A.   And he worked for a lawn service.  And that's |
| 10:08:02 | 4 | all that I remember. |
| 10:08:02 | 5 | Q.   Now the job when he worked for Darryl Merchant |
| 10:08:04 | 6 | doing staging, was that staging homes? |
| 10:08:07 | 7 | A.   No.  It was events -- weddings and different |
| 10:08:12 | 8 | events. |
| 10:08:13 | 9 | Q.   Was it steady employment or was it occasional? |
| 10:08:18 | 10 | A.   No, it was steady.  I worked there as well. |
| 10:08:21 | 11 | Q.   What was that time period? |
| 10:08:24 | 12 | A.   I don't remember.  Maybe it's 11 years ago. |
| 10:08:37 | 13 | Q.   Did you work -- was it while you were also |
| 10:08:41 | 14 | working as a nurse assistant? |
| 10:08:43 | 15 | A.   No.  That was like right before because in |
| 10:08:46 | 16 | between time I've always did nurse assistant for |
| 10:08:51 | 17 | 17 years, so in between that, because that would -- the |
| 10:08:52 | 18 | Darryl & Co. is like to go set up a wedding and then go |
| 10:08:57 | 19 | and tear it down, so it was mainly on the weekend. |
| 10:09:02 | 20 | Q.   Do you know how long your son did that type of |
| 10:09:06 | 21 | work? |
| 10:09:06 | 22 | A.   He did that maybe six months as well, until he |
| 10:09:15 | 23 | had an episode.  He couldn't hold on -- you know, he |
| 10:09:26 | 24 | had -- because he had a episode with his bipolar. |
| 10:09:26 | 25 | Q.   When you say "an episode," can you describe |

| | | |
|---|---|---|
| 10:16:30 | 1 | 2003?  Does that sound right to you? |
| 10:16:33 | 2 | A.   I'm not sure.  I don't remember. |
| 10:16:39 | 3 | Q.   But in any event, he was in the Texas |
| 10:16:48 | 4 | Department of Corrections jail in Brazoria County for |
| 10:16:50 | 5 | six years; is that right? |
| 10:16:51 | 6 | A.   Yes. |
| 10:16:51 | 7 | Q.   Do you know how old he was when he went into |
| 10:16:54 | 8 | jail for that? |
| 10:16:57 | 9 | A.   Seven- -- 16 or 17, I'm -- I'm not sure. |
| 10:17:06 | 10 | Q.   Do you know with regard to that aggravated |
| 10:17:10 | 11 | robbery case, whether he was found guilty or pled |
| 10:17:15 | 12 | guilty?  Do you know? |
| 10:17:16 | 13 | A.   I'm not sure. |
| 10:17:21 | 14 | Q.   Was that the first time that your son had ever |
| 10:17:28 | 15 | been arrested? |
| 10:17:39 | 16 | A.   I'm not sure.  I don't remember. |
| 10:17:47 | 17 | Q.   And you said -- when I was asking you earlier |
| 10:17:50 | 18 | about when was the first time he exhibited signs of |
| 10:17:54 | 19 | having mental health issues, I believe your testimony -- |
| 10:17:54 | 20 | I just want to make sure I understood this correctly -- |
| 10:17:59 | 21 | was that you noticed something when he was came out of |
| 10:18:03 | 22 | the jail; is that correct? |
| 10:18:05 | 23 | A.   Yes. |
| 10:18:05 | 24 | Q.   So up until that point in time prior to his |
| 10:18:09 | 25 | incarceration in Brazoria County, was there any sign to |

Jacqueline Smith - May 16, 2017                    27

| | | |
|---|---|---|
| 10:18:15 | 1 | you that he had any type of mental health condition? |
| 10:18:18 | 2 | A.   No. |
| 10:18:28 | 3 | Q.   Your son's father, what was his name? |
| 10:18:32 | 4 | A.   DeByron (phonetic) Hawkins. |
| 10:18:37 | 5 | Q.   He committed suicide; is that correct? |
| 10:18:40 | 6 | A.   Yes. |
| 10:18:40 | 7 | Q.   When did that happen? |
| 10:18:42 | 8 | A.   I don't remember. |
| 10:18:48 | 9 | Q.   Was it before or after your son went to |
| 10:18:53 | 10 | Brazoria County jail? |
| 10:18:54 | 11 | A.   It was during. |
| 10:18:59 | 12 | Q.   Was your son allowed to attend the funeral or |
| 10:19:04 | 13 | anything like that -- |
| 10:19:05 | 14 | A.   No. |
| 10:19:05 | 15 | Q.   -- when he was in jail? |
| 10:19:07 | 16 | A.   No. |
| 10:19:17 | 17 | Q.   While your son was in jail in Brazoria County, |
| 10:19:23 | 18 | do you know if he received any type of mental health |
| 10:19:28 | 19 | treatment? |
| 10:19:29 | 20 | A.   No, I don't. |
| 10:19:34 | 21 | Q.   Do you know if, when he was in jail in |
| 10:19:38 | 22 | Brazoria County, whether he was diagnosed with any type |
| 10:19:42 | 23 | of mental health condition? |
| 10:19:45 | 24 | A.   I don't know. |
| 10:19:50 | 25 | Q.   Do you recall what year your son got out of the |

Jacqueline Smith - May 16, 2017                                  28

| | | |
|---|---|---|
| 10:19:57 | 1 | jail in Brazoria County? |
| 10:20:05 | 2 | A.    I don't remember.  I don't -- |
| 10:20:15 | 3 | Q.    So when your son got out, he was approximately |
| 10:20:24 | 4 | 21, 22 years old; is that correct? |
| 10:20:28 | 5 | A.    Yes. |
| 10:20:30 | 6 | Q.    How old was he when he died? |
| 10:20:36 | 7 | A.    I don't know. |
| 10:20:41 | 8 | Q.    Are you okay to continue?  You want to take a |
| 10:20:41 | 9 | break, Ms. Smith? |
| 10:20:50 | 10 | MS. HEDGE:  Why don't we take a break. |
| 10:20:52 | 11 | THE VIDEOGRAPHER:  The time is 10:20 a.m. |
| 10:20:55 | 12 | We're off the record. |
| 10:20:56 | 13 | (Break taken from 10:20 a.m. to |
| 10:24:48 | 14 | 10:24 a.m.) |
| 10:24:49 | 15 | THE VIDEOGRAPHER:  The time is 10:24 a.m. |
| 10:24:55 | 16 | We're back on the record. |
| 10:24:57 | 17 | Q.    (BY MS. HEDGE)  All right.  Ms. Smith, you're |
| 10:24:59 | 18 | okay to proceed? |
| 10:25:00 | 19 | A.    Yes. |
| 10:25:00 | 20 | Q.    Okay.  I want to go back to something we were |
| 10:25:04 | 21 | talking about earlier about your son's employment. |
| 10:25:07 | 22 | You mentioned that he -- the last job that |
| 10:25:11 | 23 | you could recall that he had was as a meter reader for |
| 10:25:16 | 24 | CenterPoint, and it was your recollection he did that |
| 10:25:19 | 25 | type of work for approximately six months; is that |

**Jacqueline Smith - May 16, 2017**                    30

| | | |
|---|---|---|
| 10:26:30 | 1 | A.   A hundred dollars. |
| 10:26:32 | 2 | Q.   A hundred dollars a week?  A hundred dollars -- |
| 10:26:35 | 3 | A.   A hundred dollars a week. |
| 10:26:41 | 4 | Q.   When we were talking earlier about the checks |
| 10:26:47 | 5 | from MHMRA, was that -- do you know if that was somehow |
| 10:26:53 | 6 | related to social security and disability benefits? |
| 10:26:56 | 7 | A.   I'm not sure. |
| 10:27:00 | 8 | Q.   Did you ever see the checks that he received? |
| 10:27:02 | 9 | A.   No.  For that, the caseworker helped him |
| 10:27:07 | 10 | through all of that. |
| 10:27:08 | 11 | Q.   Handled the paperwork? |
| 10:27:10 | 12 | A.   Yes. |
| 10:27:14 | 13 | Q.   Did he use any of the money he would receive |
| 10:27:17 | 14 | from MHMRA to contribute towards your expenses? |
| 10:27:24 | 15 | A.   No. |
| 10:27:30 | 16 | Q.   Earlier we talked about your son was in jail in |
| 10:27:35 | 17 | Brazoria County for six years, and he was released from |
| 10:27:40 | 18 | the jail when he was approximately 21 or 22 years old; |
| 10:27:45 | 19 | is that correct? |
| 10:27:45 | 20 | A.   Yes. |
| 10:27:45 | 21 | Q.   And your son was born in 1986; is that correct? |
| 10:27:51 | 22 | A.   Yes. |
| 10:27:52 | 23 | Q.   So at the time he was in the Harris County |
| 10:27:57 | 24 | jail, at the time he died he was 27; is that right? |
| 10:28:01 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 10:29:42 | 1 | A.   I'm not sure what the voices said.  He just |
| 10:29:47 | 2 | said he heard voices. |
| 10:29:49 | 3 | Q.   While your son was in jail in Brazoria County, |
| 10:29:52 | 4 | did he ever attempt suicide, to your knowledge? |
| 10:29:55 | 5 | A.   To my knowledge, no. |
| 10:29:57 | 6 | Q.   When was the first time that you became aware |
| 10:30:00 | 7 | that he had attempted suicide? |
| 10:30:05 | 8 | A.   Would have been the first time hearing about it |
| 10:30:10 | 9 | when -- oh, no.  He took some pills, his medicine.  This |
| 10:30:29 | 10 | is when he was home before he went to jail this last |
| 10:30:33 | 11 | time.  I don't remember.  And that was -- |
| 10:30:45 | 12 | You're saying the first time, correct? |
| 10:30:47 | 13 | Q.   Right.  The first time you became aware that he |
| 10:30:50 | 14 | had ever attempted suicide. |
| 10:30:51 | 15 | A.   Yes, that was before he went to jail. |
| 10:30:51 | 16 | Q.   Is that -- |
| 10:30:55 | 17 | A.   The pills, the medicine that he had. |
| 10:30:58 | 18 | Q.   Okay.  And just to make sure I kind of have the |
| 10:31:02 | 19 | timeline right, when your son got out of the Brazoria -- |
| 10:31:05 | 20 | the jail in Brazoria County, that was -- |
| 10:31:11 | 21 | And did you know the time period for that, |
| 10:31:14 | 22 | approximately what year that was? |
| 10:31:16 | 23 | A.   No. |
| 10:31:16 | 24 | Q.   Okay.  But in any event, when he was hearing |
| 10:31:20 | 25 | voices when he got out of the jail in Brazoria County, |

Jacqueline Smith - May 16, 2017                    34

| | | |
|---|---|---|
| 10:32:47 | 1 | A.   Well, at -- I don't remember the year. |
| 10:32:55 | 2 | Q.   Was it between the time he got released from |
| 10:33:00 | 3 | the jail in Brazoria County and his first incarceration |
| 10:33:04 | 4 | in the Harris County jail? |
| 10:33:06 | 5 | A.   I don't remember. |
| 10:33:11 | 6 | Q.   Do you know what kind of -- strike that. |
| 10:33:19 | 7 | What was the first type of treatment that |
| 10:33:23 | 8 | he began receiving? |
| 10:33:30 | 9 | A.   I don't remember.  I just know that the |
| 10:33:34 | 10 | caseworker was taking care of all that.  I didn't take |
| 10:33:39 | 11 | care of that.  She came, you know, and was helping him |
| 10:33:42 | 12 | out, and I don't -- I don't know. |
| 10:33:45 | 13 | Q.   When -- did your son -- now you said he took |
| 10:33:49 | 14 | pills while he was home. |
| 10:33:52 | 15 | Did he attempt to commit suicide that way? |
| 10:33:55 | 16 | A.   He took some pills.  I don't remember how many, |
| 10:34:01 | 17 | but he took some. |
| 10:34:03 | 18 | Q.   Is that while he was living at your mother's |
| 10:34:07 | 19 | house with you? |
| 10:34:08 | 20 | A.   Yes.  Yeah, same time. |
| 10:34:13 | 21 | Q.   Did he go to the emergency room? |
| 10:34:15 | 22 | A.   Yes. |
| 10:34:16 | 23 | Q.   Which one? |
| 10:34:18 | 24 | A.   Methodist Willowbrook. |
| 10:34:27 | 25 | Q.   How long was he in the hospital? |

Jacqueline Smith - May 16, 2017

35

| | | |
|---|---|---|
| 10:34:29 | 1 | A.   I'm not sure. |
| 10:34:30 | 2 | Q.   Was it a couple of days?  A couple of weeks?  A |
| 10:34:34 | 3 | couple of months? |
| 10:34:35 | 4 | A.   Maybe a couple of weeks. |
| 10:34:48 | 5 | Q.   While he was at Methodist Willowbrook, at any |
| 10:34:56 | 6 | point during that stay was he in a coma? |
| 10:35:02 | 7 | A.   I'm not sure. |
| 10:35:07 | 8 | Q.   Were there any other attempts to commit suicide |
| 10:35:12 | 9 | that were made by your son when he was not in jail? |
| 10:35:16 | 10 | A.   No. |
| 10:35:21 | 11 | Q.   When was the first time you became aware that |
| 10:35:25 | 12 | the voices were telling your son to harm himself? |
| 10:35:30 | 13 | A.   I never -- I never knew about him -- the voices |
| 10:35:35 | 14 | telling him to harm himself. |
| 10:35:39 | 15 | Q.   When your son was in jail in Brazoria County, |
| 10:35:45 | 16 | did you visit him? |
| 10:35:47 | 17 | A.   Yes. |
| 10:35:48 | 18 | Q.   How often did you visit him there? |
| 10:35:50 | 19 | A.   Once a month or every two weeks. |
| 10:36:01 | 20 | Q.   Did any other family members visit him while he |
| 10:36:06 | 21 | was in jail there? |
| 10:36:08 | 22 | A.   Yes. |
| 10:36:08 | 23 | Q.   Who was that? |
| 10:36:09 | 24 | A.   My other three kids, my mother, his other |
| 10:36:13 | 25 | grandmother, and my brother and grandchildren -- |

| | | |
|---|---|---|
| 10:37:35 | 1 | Q.   How often did they visit? |
| 10:37:36 | 2 | A.   The same.  We all went together every time. |
| 10:37:39 | 3 | Q.   Who else was with you when you went once a |
| 10:37:42 | 4 | month or every two weeks other than you and -- and the |
| 10:37:45 | 5 | siblings? |
| 10:37:46 | 6 | A.   Well, it was hard to make because it's only a |
| 10:37:49 | 7 | limited visiting amount.  So it would be either me and |
| 10:37:52 | 8 | my mom and maybe three kids, or it would me and my |
| 10:37:55 | 9 | daughter and three kids or -- like we would just |
| 10:37:59 | 10 | alternate it.  There was a limited amount of adults that |
| 10:38:05 | 11 | could go. |
| 10:38:10 | 12 | Q.   While your son was in jail in Brazoria County, |
| 10:38:15 | 13 | in addition to visiting him, did you send him letters? |
| 10:38:19 | 14 | A.   Yes. |
| 10:38:19 | 15 | Q.   Did other family members send him letters? |
| 10:38:24 | 16 | A.   Yes. |
| 10:38:34 | 17 | Q.   When you would visit him in jail in |
| 10:38:38 | 18 | Brazoria County, did he ever talk to you about -- strike |
| 10:38:38 | 19 | that. |
| 10:38:49 | 20 | So when you would visit him -- your son in |
| 10:38:53 | 21 | the Brazoria County jail, he didn't indicate that he was |
| 10:38:55 | 22 | having any mental health issues; is that correct? |
| 10:38:59 | 23 | A.   Yes, that's correct. |
| 10:39:06 | 24 | Q.   And when your son got out of the jail in |
| 10:39:12 | 25 | Brazoria County, you said he was working with a |

Jacqueline Smith - May 16, 2017                    38

10:39:14  1    caseworker.
10:39:16  2              Do you have any information about what
10:39:17  3    type of treatment he was receiving?
10:39:17  4        A.   No, ma'am, I don't.
10:39:19  5        Q.   Or what type of medication he was taking?
10:39:22  6        A.   I don't.
10:39:26  7        Q.   Is there anybody other than yourself that would
10:39:29  8    know that information?
10:39:31  9        A.   No.
10:39:46 10        Q.   Do you know how many times your son went to
10:39:50 11    jail in Harris County?
10:39:51 12        A.   No.  I'm not sure.
10:39:56 13        Q.   Prior to his last -- last stint in the Harris
10:40:02 14    County jail, when he was in jail prior to that -- let me
10:40:09 15    strike that and start over.
10:40:12 16              Prior to 2012, did you have an occasion to
10:40:15 17    visit your son in the Harris County jail?
10:40:19 18        A.   2012?
10:40:20 19        Q.   Prior to that.
10:40:27 20        A.   Can you repeat the question?
10:40:28 21        Q.   Sure.  Prior to 2012, your son was in jail at
10:40:33 22    other times, correct?
10:40:35 23        A.   Yes.
10:40:35 24        Q.   In the Harris County jail.
10:40:37 25        A.   Okay.

| | | |
|---|---|---|
| 10:40:37 | 1 | Q.    During those prior visits in jail -- or prior |
| 10:40:43 | 2 | periods of time when he was in the Harris County jail, |
| 10:40:46 | 3 | did you ever visit him -- |
| 10:40:47 | 4 | A.    Yes. |
| 10:40:48 | 5 | Q.    -- during those other times? |
| 10:40:49 | 6 | A.    Yes. |
| 10:40:49 | 7 | Q.    Did any other family members go with you? |
| 10:40:52 | 8 | A.    Yes. |
| 10:40:54 | 9 | Q.    Did you write him letters when he was in the |
| 10:40:59 | 10 | Harris County jail prior to 2012? |
| 10:41:01 | 11 | A.    Yes. |
| 10:41:04 | 12 | Q.    Were there times when you would go to visit |
| 10:41:08 | 13 | your son in the Harris County jail and you would be told |
| 10:41:13 | 14 | that he wasn't allowed to have visitors? |
| 10:41:17 | 15 | A.    Yes. |
| 10:41:20 | 16 | Q.    Were you told that the reason your son was not |
| 10:41:25 | 17 | allowed to have visitors was because he had violated |
| 10:41:28 | 18 | rules of the jail? |
| 10:41:30 | 19 | A.    No. |
| 10:41:34 | 20 | Q.    Was that a question that you asked? |
| 10:41:39 | 21 | A.    No, I didn't ask the question.  When I went |
| 10:41:42 | 22 | there, it would be like 5 on -- it would say "No |
| 10:41:46 | 23 | visitors for this floor" or something like that. |
| 10:41:49 | 24 | Q.    So it was -- |
| 10:41:51 | 25 | A.    And then -- |

Jacqueline Smith - May 16, 2017                    40

| | | |
|---|---|---|
| 10:41:51 | 1 | Q.   And I'm sorry.  "No visitors for this floor," |
| 10:41:56 | 2 | meaning none of the inmates on that floor were allowed |
| 10:42:00 | 3 | to have visitors? |
| 10:42:02 | 4 | A.   Yes. |
| 10:42:05 | 5 | Q.   Is that -- is that the experience that you |
| 10:42:08 | 6 | would have anytime you went to the jail and you weren't |
| 10:42:13 | 7 | allowed to visit your son, was because there would be |
| 10:42:14 | 8 | that sign up? |
| 10:42:17 | 9 | A.   Repeat that again. |
| 10:42:18 | 10 | Q.   Sure.  Did that happen more than once, that you |
| 10:42:23 | 11 | would go to visit your son and there was the sign up |
| 10:42:27 | 12 | that said "No visitors for this floor"? |
| 10:42:30 | 13 | A.   It happened more than once. |
| 10:42:33 | 14 | Q.   Approximately how many times do you recall? |
| 10:42:35 | 15 | A.   I don't recall. |
| 10:42:40 | 16 | Q.   Was there any other time that you went to go |
| 10:42:43 | 17 | visit your son and there was not the sign up that said |
| 10:42:47 | 18 | "No visitors this floor" but you were told you could not |
| 10:42:53 | 19 | see your son? |
| 10:42:53 | 20 | A.   No. |
| 10:42:53 | 21 | Q.   So as far as you know, the only time you |
| 10:42:55 | 22 | couldn't see your son in the Harris County jail was when |
| 10:42:58 | 23 | there was a sign up that said "No visitors for this |
| 10:43:07 | 24 | floor"? |
| 10:43:02 | 25 | A.   Yes. |

CONTINENTAL COURT REPORTERS, INC.
(713) 522-5080

Jacqueline Smith - May 16, 2017                                    41

| | |
|---|---|
| 10:43:09 | 1 |

10:43:09   1       Q.    When you saw that sign up, did you inquire of

10:43:13   2   anybody at the Harris County jail as to what that meant?

10:43:13   3       A.    Yes.

10:43:13   4       Q.    What did they tell you?

10:43:15   5       A.    They told us that the pod maybe had a fight,

10:43:18   6   the whole area maybe had a fight and got in trouble, it

10:43:25   7   wasn't just him as an individual.  So they wasn't having

10:43:28   8   any visitors at that time.

10:43:30   9       Q.    Anything else other than there was maybe a

10:43:33  10   fight in the pod area?  Any other reason they ever told

10:43:37  11   you why the floor was not allowing visitors?

10:43:41  12       A.    They didn't explain it to me, but it was a time

10:43:45  13   that -- that he had -- didn't have visitors, but no one

10:43:48  14   explained to me why he didn't have visitors, but he had

10:43:51  15   got him done, he had got beat up, but no one ever called

10:43:54  16   us and when I went to visit, he couldn't have visitors,

10:43:57  17   but they didn't say anything.

10:43:59  18       Q.    So --

10:43:59  19              MS. HEDGE:    And I'll object as

10:44:01  20   nonresponsive.

10:44:03  21       Q.    (BY MS. HEDGE)   When you said -- I asked you

10:44:04  22   previously if you inquired as to why the sign was up,

10:44:08  23   "No visitors for this floor," and your response that --

10:44:11  24   because there had been a fight in the pod hall.

10:44:13  25       A.    Yes.

| | | |
|---|---|---|
| 10:48:19 | 1 | He always liked to be by himself. |
| 10:48:19 | 2 | Q.   But that was normal for him, correct? |
| 10:48:22 | 3 | A.   Uh-huh. |
| 10:48:22 | 4 | Q.   Yes? |
| 10:48:22 | 5 | A.   Yes. |
| 10:48:23 | 6 | Q.   So the norm -- the norm for him -- and this |
| 10:48:27 | 7 | would be prior to him going being in jail, correct?  Let |
| 10:48:33 | 8 | me ask the questions a different way. |
| 10:48:35 | 9 | Before your son became incarcerated in |
| 10:48:41 | 10 | Brazoria County, did he watch TV, hang out, and take |
| 10:48:45 | 11 | long walks? |
| 10:48:47 | 12 | A.   Well, he always been by hisself.  He liked to |
| 10:48:50 | 13 | be by himself.  He had a few friends but he liked to |
| 10:48:53 | 14 | just be by himself. |
| 10:48:55 | 15 | Q.   Okay.  And so those activities that you were |
| 10:48:57 | 16 | describing as what was normal for him, watching TV and |
| 10:49:00 | 17 | hanging -- hanging out -- I'm assuming that's hanging |
| 10:49:03 | 18 | out at the house? |
| 10:49:05 | 19 | A.   Yes. |
| 10:49:05 | 20 | Q.   -- and taking long walks, prior to him being |
| 10:49:09 | 21 | incarcerated in Brazoria County, were those -- was that |
| 10:49:12 | 22 | how he lived his life?  Was that normal for him back |
| 10:49:18 | 23 | then, too? |
| 10:49:21 | 24 | A.   I'm not understanding. |
| 10:49:23 | 25 | Q.   Okay.  When your son got out of jail in |

Jacqueline Smith - May 16, 2017                    64

| | | |
|---|---|---|
| 11:28:08 | 1 | County at any point in time? |
| 11:28:10 | 2 | A.   I don't know. |
| 11:28:11 | 3 | Q.   Is there anybody other than yourself that would |
| 11:28:14 | 4 | know that? |
| 11:28:14 | 5 | A.   No. |
| 11:28:22 | 6 | Q.   Are you aware of any point in time when your |
| 11:28:26 | 7 | son was in the Harris County jail that he refused to |
| 11:28:28 | 8 | take medication? |
| 11:28:32 | 9 | A.   Well, there was a time that he was having them |
| 11:28:54 | 10 | under his tongue and it was a hundred pills that -- how |
| 11:29:03 | 11 | could he save them? -- that he didn't take. |
| 11:29:14 | 12 | Q.   Okay.  So there was an instance, and I know |
| 11:29:18 | 13 | there was a period of time when he was in the Harris |
| 11:29:20 | 14 | County jail when he took a lot of the pills and he had |
| 11:29:24 | 15 | to go to the hospital. |
| 11:29:26 | 16 | A.   Yeah.  And I would -- I only found that out |
| 11:29:29 | 17 | through the nurse, not through Harris County. |
| 11:29:32 | 18 | Q.   Okay.  And when you say you found that out from |
| 11:29:35 | 19 | the nurse, the nurse at the hospital? |
| 11:29:36 | 20 | A.   Yes. |
| 11:29:37 | 21 | Q.   Okay.  So at some point during your son's |
| 11:29:43 | 22 | incarceration in the Harris County jail, he had, for |
| 11:29:47 | 23 | lack of a better term, stockpiled his medication; is |
| 11:29:52 | 24 | that correct? |
| 11:29:52 | 25 | A.   He put it under his tongue. |

**Jacqueline Smith - May 16, 2017**                                        65

| | | |
|---|---|---|
| 11:29:55 | 1 | Q.    In other words, he would put it in his mouth, |
| 11:29:55 | 2 | put it under his tongue, but then not swallow it? |
| 11:29:59 | 3 | A.    Yes. |
| 11:30:00 | 4 | Q.    And -- and then to indicate to the guard that |
| 11:30:02 | 5 | he was taking the medication, but then in actuality he |
| 11:30:06 | 6 | wasn't; is that correct? |
| 11:30:06 | 7 | A.    I think so. |
| 11:30:09 | 8 | Q.    And it's your understanding that this happened |
| 11:30:13 | 9 | numerous times in a row to where he had stockpiled his |
| 11:30:18 | 10 | medication; is that correct? |
| 11:30:18 | 11 | A.    I don't know how many times. |
| 11:30:21 | 12 | Q.    Now you mentioned a hundred pills. |
| 11:30:24 | 13 | How did you find out about -- |
| 11:30:26 | 14 | A.    The nurse called and told us. |
| 11:30:28 | 15 | Q.    Okay.  So the nurse said that that's how many |
| 11:30:31 | 16 | he had ingested? |
| 11:30:32 | 17 | A.    Yes.  And she said that he had hid them under |
| 11:30:36 | 18 | his tongue and that he was very sick and that she was a |
| 11:30:39 | 19 | mother and that she was not supposed to call me but she |
| 11:30:45 | 20 | called me anyway. |
| 11:30:50 | 21 | MS. HEDGE:  Are you okay, Ms. Smith?  You |
| 11:30:50 | 22 | want to take a break? |
| 11:30:54 | 23 | Let's take a break. |
| 11:30:56 | 24 | THE VIDEOGRAPHER:  The time is 11:30 a.m. |
| 11:30:59 | 25 | We're off the record. |

Jacqueline Smith - May 16, 2017                    71

| | | |
|---|---|---|
| 11:40:12 | 1 | nonresponsive. |
| 11:40:12 | 2 | Q.  (BY MS. HEDGE)  If there is an inmate that is |
| 11:40:15 | 3 | known to be violent physically towards other inmates, |
| 11:40:21 | 4 | would you want your son to be housed with that person? |
| 11:40:23 | 5 | MS. NADER:  Objection, calls for |
| 11:40:25 | 6 | speculation. |
| 11:40:29 | 7 | A.  I wouldn't want him to be housed with any |
| 11:40:34 | 8 | violent person, but like, again, he's in jail, what can |
| 11:40:37 | 9 | I do? |
| 11:40:40 | 10 | MS. HEDGE:  Objection, nonresponsive to |
| 11:40:43 | 11 | everything after "I would not want him to be housed with |
| 11:40:48 | 12 | any inmate that is violent." |
| 11:40:53 | 13 | Q.  (BY MS. HEDGE)  Just want to make sure the |
| 11:40:56 | 14 | record's clear. |
| 11:40:57 | 15 | If there was an inmate that was known to |
| 11:41:01 | 16 | assault other inmates physically, would you want your |
| 11:41:05 | 17 | son housed with that inmate? |
| 11:41:07 | 18 | A.  No. |
| 11:41:07 | 19 | Q.  And part of the reason for that was because |
| 11:41:09 | 20 | there would be a danger for the safety of your son, |
| 11:41:11 | 21 | correct? |
| 11:41:11 | 22 | A.  Yes. |
| 11:41:16 | 23 | Q.  You mentioned that your son liked to be alone; |
| 11:41:24 | 24 | is that correct? |
| 11:41:24 | 25 | A.  Yes. |

| | | |
|---|---|---|
| 11:41:24 | 1 | Q.   And that was both before and after he was in |
| 11:41:29 | 2 | the Brazoria County jail; is that correct? |
| 11:41:33 | 3 | A.   That's correct. |
| 11:41:33 | 4 | Q.   That was something that was just how he had |
| 11:41:36 | 5 | been his entire life? |
| 11:41:37 | 6 | A.   Because he don't like trouble, yes. |
| 11:41:42 | 7 | Q.   Do you think that your son preferred to be in a |
| 11:41:46 | 8 | cell by himself? |
| 11:41:49 | 9 | A.   I -- I don't know if he did or not.  I don't |
| 11:41:49 | 10 | know. |
| 11:41:49 | 11 | Q.   Did you -- |
| 11:41:53 | 12 | A.   I never talked to him about that. |
| 11:41:55 | 13 | Q.   That was going to be my next question, is -- |
| 11:41:57 | 14 | A.   Yes. |
| 11:41:57 | 15 | Q.   -- whether you ever had conversations with him |
| 11:42:00 | 16 | about that. |
| 11:42:01 | 17 | A.   No, not about that in jail. |
| 11:42:13 | 18 | Q.   I know we talked earlier about the fact that |
| 11:42:16 | 19 | you are not familiar with the training that the Harris |
| 11:42:20 | 20 | County jail staff members go through, correct? |
| 11:42:23 | 21 | A.   Yes. |
| 11:42:23 | 22 | Q.   You're not claiming, are you, that Harris |
| 11:42:27 | 23 | County failed to properly train its staff members, are |
| 11:42:31 | 24 | you? |
| 11:42:32 | 25 | A.   Say it again. |

**Jacqueline Smith - May 16, 2017**

| | | |
|---|---|---|
| 01:29:56 | 1 | Q.    (BY MS. HEDGE)   You'd agree with that? |
| 01:29:58 | 2 | A.    Yes. |
| 01:30:16 | 3 | Q.    In this lawsuit, is it your position that there |
| 01:30:22 | 4 | should not have been a smoke detector in your son's |
| 01:30:27 | 5 | cell? |
| 01:30:27 | 6 | MS. NADER:   Objection, legal conclusion. |
| 01:30:35 | 7 | A.    No. |
| 01:31:10 | 8 | Q.    (BY MS. HEDGE)   Your complaint in this lawsuit |
| 01:31:14 | 9 | is not with regard to the use of the smoke detector in |
| 01:31:28 | 10 | your son's cell; is that correct? |
| 01:31:23 | 11 | MS. NADER:   Objection, form. |
| 01:31:29 | 12 | A.    Can you repeat the question? |
| 01:31:33 | 13 | Q.    (BY MS. HEDGE)   Sure.   In terms of what you |
| 01:31:42 | 14 | believe Harris County should have done differently in |
| 01:31:46 | 15 | providing a cell for your son to be in, is your |
| 01:31:56 | 16 | contention that -- strike that. |
| 01:32:05 | 17 | Did you ever go visit your son in jail in |
| 01:32:08 | 18 | the wintertime? |
| 01:32:10 | 19 | A.    Yes. |
| 01:32:11 | 20 | Q.    Was it cold in the jail when you saw him? |
| 01:32:18 | 21 | A.    In winter, yes. |
| 01:32:28 | 22 | Q.    Did you ever talk to your son about whether it |
| 01:32:33 | 23 | was cold in his cell in the wintertime? |
| 01:32:37 | 24 | A.    Yes. |
| 01:32:38 | 25 | Q.    What did he tell you? |

**CONTINENTAL COURT REPORTERS, INC.**
**(713) 522-5080**

Jacqueline Smith - May 16, 2017                    110

| | | |
|---|---|---|
| 01:32:39 | 1 | A.   He said it was cold, they didn't provide |
| 01:32:43 | 2 | blankets. |
| 01:32:44 | 3 | Q.   He told you they did not provide blankets? |
| 01:32:49 | 4 | A.   Yes. |
| 01:32:54 | 5 | Q.   At what point in time did he tell you that? |
| 01:32:58 | 6 | A.   I don't remember. |
| 01:33:00 | 7 | Q.   Was it during his last incarceration in Harris |
| 01:33:13 | 8 | County jail? |
| 01:33:13 | 9 | A.   I don't remember. |
| 01:33:14 | 10 | Q.   Did he tell you if there was any reason that he |
| 01:33:15 | 11 | was not given a blanket? |
| 01:33:18 | 12 | A.   No. |
| 01:33:22 | 13 | Q.   Did you inquire of the Harris County jail staff |
| 01:33:28 | 14 | why your son was not being given a blanket when it was |
| 01:33:37 | 15 | cold outside -- or cold in the jail? |
| 01:33:39 | 16 | A.   No. |
| 01:33:49 | 17 | Q.   Do you understand that your son was provided a |
| 01:33:53 | 18 | sheet while he was in the Harris County jail to keep him |
| 01:33:59 | 19 | warm? |
| 01:34:00 | 20 | A.   Yes. |
| 01:34:01 | 21 | Q.   Did your son tell you whether or not the sheet |
| 01:34:10 | 22 | had ever been taken away from him while he was in the |
| 01:34:15 | 23 | Harris County jail? |
| 01:34:17 | 24 | A.   No. |
| 01:34:25 | 25 | Q.   Have you yourself ever had any conversations |

**Jacqueline Smith - May 16, 2017**                    111

| | |
|---|---|
| 01:34:35 | 1 |

with any mental health provider about how to deal with
someone who's suicidal?

    A.    The provider, the MHMRA provider, she used to,
always left brochures and things like that, but no -- no
specifics when he would go to the -- to like a -- when
they have to -- the word I'm trying to use, when they
were observing him, that she would just leave brochures
with him, he would come home with them, all what she
brought him or they would always just provide us with
information.

    Q.    Did the information that you received ever tell
you things like someone may be feeling -- someone who
has a mental issue may be suicidal today but not be
suicidal tomorrow?

             MS. NADER:  Objection, form.

    A.    No.

    Q.    (BY MS. HEDGE)  Or is your understanding that
if someone is suicidal that they are suicidal 24 hours a
day?

    A.    No.

    Q.    That's not your understanding?

    A.    No, ma'am.

    Q.    Was it your understanding with regard to your
son that he went through periods of time when he felt
like he was going to hurt himself or harm himself and

01:36:26  1    periods of time when he didn't?  Do you agree with that?

01:36:35  2         A.    He never tried to hurt himself, just that one

01:36:44  3    time with the medicine, but he -- if he was on the

01:36:52  4    medication, I'm not -- I don't know.

01:36:56  5         Q.    Well, and I think you gave a good example, that

01:36:59  6    when he was living at home, there was a period of time

01:37:03  7    when he appeared to be fine to you but then on another

01:37:07  8    day he tried to kill himself, right?

01:37:11  9         A.    No.

01:37:11 10         Q.    Well, the day that he took pills, was that an

01:37:15 11    attempt to kill himself when he was at home?

01:37:19 12         A.    Well, yeah, that one he took the -- the

01:37:23 13    medicine, yes.

01:37:25 14         Q.    But the day before he took the medicine, he

01:37:29 15    didn't appear to you to be suicidal; is that correct?

01:37:33 16         A.    He -- not suicidal, no.  He just wasn't normal,

01:37:39 17    just -- he always was to himself and singing out loud

01:37:47 18    and all that.  No.

01:37:51 19         Q.    But you -- you yourself got to experience that

01:37:54 20    there would be some days he would appear to be his

01:38:00 21    normal self -- singing, rapping, hanging to himself,

01:38:04 22    hanging by himself -- or keeping to himself rather, but

01:38:12 23    then that one instance when he took the pills and ended

01:38:16 24    up in the hospital for several weeks, right?

01:38:19 25              MS. NADER:  Objection, form.

Jacqueline Smith - May 16, 2017                    115

| | | |
|---|---|---|
| 01:41:24 | 1 | You're not taking the position in this |
| 01:41:26 | 2 | lawsuit that your son should not have been allowed to |
| 01:41:30 | 3 | have a bedsheet in February 2014, are you? |
| 01:41:35 | 4 | MS. NADER:  Objection, form. |
| 01:41:36 | 5 | A.   Can you rephrase the question? |
| 01:41:40 | 6 | Q.   (BY MS. HEDGE)  Sure.  In February 2014, do you |
| 01:41:44 | 7 | know if it was cold in the -- in the jail at that time? |
| 01:41:48 | 8 | A.   In February, I'm more than sure it was cold. |
| 01:41:51 | 9 | Q.   You're not contending in this lawsuit that the |
| 01:41:55 | 10 | jail should have not given your son a bedsheet to keep |
| 01:42:02 | 11 | him warm, are you? |
| 01:42:04 | 12 | MS. NADER:  Objection, form. |
| 01:42:06 | 13 | A.   I'm trying to figure out how you -- you're |
| 01:42:11 | 14 | saying -- you're asking me am I -- wait. |
| 01:42:17 | 15 | Q.   (BY MS. HEDGE)  You want me to ask it again? |
| 01:42:20 | 16 | A.   Yes, just to make -- yeah. |
| 01:42:22 | 17 | Q.   Okay.  Your son is in the jail in February 2014 |
| 01:42:26 | 18 | and it's cold in the jail. |
| 01:42:28 | 19 | You don't believe that Harris County |
| 01:42:30 | 20 | should have not given him a bedsheet, do you? |
| 01:42:33 | 21 | MS. NADER:  Objection, form. |
| 01:42:34 | 22 | A.   No. |
| 01:42:35 | 23 | Q.   (BY MS. HEDGE)  And you'd agree it would be not |
| 01:42:41 | 24 | a very nice thing to do to keep him from having a |
| 01:42:44 | 25 | bedsheet if it were cold; is that correct? |

116

| | | |
|---|---|---|
| 01:42:47 | 1 | MS. NADER:  Objection, form. |
| 01:42:48 | 2 | A.   Yes. |
| 01:43:00 | 3 | Q.   (BY MS. HEDGE)  I want to ask you about |
| 01:43:03 | 4 | something a little bit different. |
| 01:43:07 | 5 | Are you aware of Harris County receiving |
| 01:43:11 | 6 | any type of federal funding? |
| 01:43:15 | 7 | A.   For me or him or -- |
| 01:43:17 | 8 | Q.   I'm just asking just in general. |
| 01:43:19 | 9 | Are you aware of the Harris County jail |
| 01:43:23 | 10 | receiving any federal funding? |
| 01:43:26 | 11 | A.   No. |
| 01:43:42 | 12 | Q.   You would agree with me, Ms. Smith, that the |
| 01:44:02 | 13 | Harris County jail staff saved your son's life a number |
| 01:44:06 | 14 | of times; is that correct? |
| 01:44:09 | 15 | MS. NADER:  Objection, form. |
| 01:44:16 | 16 | Q.   (BY MS. HEDGE)  Would you agree with that? |
| 01:44:21 | 17 | A.   No.  How was that -- oh, the -- when -- the |
| 01:44:30 | 18 | three times that the officers tried to save him and |
| 01:44:35 | 19 | they -- they didn't notify me of it.  I didn't know |
| 01:44:37 | 20 | about the three times. |
| 01:44:40 | 21 | MS. HEDGE:  I'll object as not responsive. |
| 01:44:47 | 22 | Q.   (BY MS. HEDGE)  You're aware that you son, |
| 01:44:48 | 23 | prior to February 2014, attempted suicide several times; |
| 01:44:54 | 24 | is that correct? |
| 01:44:54 | 25 | A.   Yes. |

Jacqueline Smith - May 16, 2017                    124

| | | |
|---|---|---|
| 01:56:16 | 1 | did you? |
| 01:56:17 | 2 | A.   No. |
| 01:56:30 | 3 | Q.   Have you ever written any letters -- other than |
| 01:56:33 | 4 | the letters that you wrote to your son, did you write |
| 01:56:37 | 5 | any letters to anybody at Harris County concerning your |
| 01:56:41 | 6 | son? |
| 01:56:41 | 7 | A.   Yes. |
| 01:56:42 | 8 | Q.   Who did you write to? |
| 01:56:44 | 9 | A.   The judge that was handling the case.  I can't |
| 01:56:50 | 10 | really -- I think Mike or Mark. |
| 01:56:52 | 11 | Q.   McSpadden? |
| 01:56:54 | 12 | A.   Yes.  We wrote him -- or I wrote several |
| 01:56:56 | 13 | letters, my daughter typed up several letters, and his |
| 01:57:01 | 14 | grandmother Lorene wrote letters.  And then we wrote |
| 01:57:06 | 15 | Adrian Garcia, and that was -- |
| 01:57:12 | 16 | Q.   You wrote letters to Sheriff Garcia? |
| 01:57:16 | 17 | A.   Yes. |
| 01:57:16 | 18 | Q.   Were they typed up or were they handwritten? |
| 01:57:21 | 19 | A.   Typed up. |
| 01:57:22 | 20 | Q.   Did your sister type them? |
| 01:57:24 | 21 | A.   Daughter. |
| 01:57:26 | 22 | Q.   Daughter, I'm sorry. |
| 01:57:27 | 23 | And which daughter was that? |
| 01:57:27 | 24 | A.   It probably was DeAndria that typed the letter |
| 01:57:30 | 25 | because she normally helps me out with all of that. |

CONTINENTAL COURT REPORTERS, INC.
(713) 522-5080

Jacqueline Smith - May 16, 2017                    125

| | | |
|---|---|---|
| 01:57:31 | 1 | Q.    Does she go by DeeDee? |
| 01:57:33 | 2 | A.    Yes. |
| 01:57:34 | 3 | Q.    How many letters did you send to |
| 01:57:39 | 4 | Sheriff Garcia? |
| 01:57:39 | 5 | A.    I think it was two.  And that was back in -- I |
| 01:57:44 | 6 | don't know, like between 2008 and '10, I think.  Yeah, |
| 01:57:52 | 7 | because I was working at -- for Sherianda (phonetic), |
| 01:57:58 | 8 | yes, because I had -- yeah.  So it was between two |
| 01:58:00 | 9 | thousand -- excuse me -- 2008 and '10 or 2009 and '10. |
| 01:58:06 | 10 | Q.    So it was one of the prior incarcerations? |
| 01:58:09 | 11 | A.    Yes. |
| 01:58:09 | 12 | Q.    And the letters that went to Judge McSpadden, |
| 01:58:14 | 13 | were that -- those also at the same period? |
| 01:58:14 | 14 | A.    No.  That was this time when he was -- this |
| 01:58:16 | 15 | last time he was in.  We was trying to get him to either |
| 01:58:23 | 16 | a mental facility to help him, you know, instead of |
| 01:58:25 | 17 | being in there.  We was trying to get him to go back to |
| 01:58:29 | 18 | Rusk or the other mental facility that he was at. |
| 01:58:32 | 19 | That's what we was pulling for. |
| 01:58:34 | 20 | Q.    So in other words, you were trying to get your |
| 01:58:35 | 21 | son committed to a mental health facility instead of |
| 01:58:39 | 22 | being in the jail, and that's why you were writing |
| 01:58:45 | 23 | letters to Judge McSpadden? |
| 01:58:45 | 24 | A.    We was trying to get him some help because it |
| 01:58:47 | 25 | didn't seem like he was getting any help. |

Jacqueline Smith - May 16, 2017                    130

| | | |
|---|---|---|
| 02:04:17 | 1 | that handles mental health patients? |
| 02:04:27 | 2 | A.   Yes, I think.  I'm not -- I guess I'm not |
| 02:04:32 | 3 | understanding if that's the same as us trying to write |
| 02:04:35 | 4 | the judge to get help. |
| 02:04:37 | 5 | Q.   Well, and that's kind of where I'm going with |
| 02:04:37 | 6 | this. |
| 02:04:37 | 7 | You talked about letters that you had |
| 02:04:39 | 8 | written to the judge, and I'm wondering whether there |
| 02:04:41 | 9 | was any formal pleading that was typed out and filed in |
| 02:04:44 | 10 | the court record. |
| 02:04:49 | 11 | A.   Oh, that wasn't filed, no.  We just was writing |
| 02:04:52 | 12 | the letters.  Sorry. |
| 02:04:56 | 13 | Q.   Do you have copies of any of the letters to the |
| 02:04:59 | 14 | judge that were sent? |
| 02:05:02 | 15 | A.   I thought I put one in the -- in the -- the |
| 02:05:10 | 16 | attorneys, I'm sure.  I thought I saved them one, but if |
| 02:05:13 | 17 | not, my daughter still has it on her computer. |
| 02:05:18 | 18 | Q.   So those letters are still accessible? |
| 02:05:24 | 19 | A.   Yes. |
| 02:05:25 | 20 | Q.   Would you be agreeable to, if you haven't |
| 02:05:29 | 21 | already given them to your lawyer, to ask your daughter |
| 02:05:31 | 22 | to provide them to you so they could be produced? |
| 02:05:35 | 23 | A.   Yes. |
| 02:05:44 | 24 | Q.   Have you ever -- well, strike that. |
| 02:05:48 | 25 | Are you familiar with something called an |

| | | |
|---|---|---|
| 02:05:51 | 1 | Inmate Care Concern?  Have you heard of that before? |
| 02:05:55 | 2 | A.    No. |
| 02:05:56 | 3 | Q.    Have you filled out any other type of paperwork |
| 02:06:00 | 4 | on behalf of your son to make complaints to the Harris |
| 02:06:04 | 5 | County jail? |
| 02:06:06 | 6 | A.    I haven't, no. |
| 02:06:07 | 7 | Q.    Are you aware of any other family members doing |
| 02:06:11 | 8 | that? |
| 02:06:11 | 9 | A.    I think his grandmother Lorene did. |
| 02:06:15 | 10 | Q.    And can you tell me what it is that she did? |
| 02:06:18 | 11 | A.    I don't know, but I just heard her like talking |
| 02:06:21 | 12 | about different things, and, you know, just trying to |
| 02:06:22 | 13 | get help.  And she lives way in Magnolia, so we didn't |
| 02:06:25 | 14 | really -- well, I don't know -- know exactly what she |
| 02:06:29 | 15 | did. |
| 02:06:29 | 16 | Q.    And the complaint -- and there are complaints |
| 02:06:32 | 17 | that she made? |
| 02:06:33 | 18 | A.    I think so. |
| 02:06:34 | 19 | Q.    Do you know if they were -- if that was related |
| 02:06:36 | 20 | to the letters that were being sent to Judge McSpadden |
| 02:06:44 | 21 | or to the sheriff? |
| 02:06:46 | 22 | A.    I don't think so.  I think they were just |
| 02:06:47 | 23 | pleadings and, you know, just trying to figure out where |
| 02:06:50 | 24 | we can get answers or some help from.  I don't think |
| 02:06:51 | 25 | that was related to that.  I'm not sure. |

**Jacqueline Smith - May 16, 2017**                    141

| | | |
|---|---|---|
| 02:21:08 | 1 | that he was placed in was not a safe cell? |
| 02:21:12 | 2 | MS. NADER:  Objection, calls for a legal |
| 02:21:14 | 3 | conclusion, calls for speculation, form. |
| 02:21:18 | 4 | A.   I don't know. |
| 02:21:23 | 5 | Q.   (BY MS. HEDGE)  Well, you stated earlier that |
| 02:21:33 | 6 | you thought that your son should be monitored more |
| 02:21:37 | 7 | closely than he was; is that correct? |
| 02:21:43 | 8 | A.   Yes. |
| 02:21:47 | 9 | Q.   And you believe that being monitored every |
| 02:21:53 | 10 | 20 to 25 minutes was not sufficiently close enough; is |
| 02:22:05 | 11 | that correct? |
| 02:22:05 | 12 | A.   Yes. |
| 02:22:06 | 13 | Q.   And if the only way that your son would have |
| 02:22:07 | 14 | gotten closer monitoring would have been for him to stay |
| 02:22:10 | 15 | in the mental health unit, would you agree that that |
| 02:22:13 | 16 | mental health doctor should not have released him back |
| 02:22:18 | 17 | to his cell? |
| 02:22:19 | 18 | MS. NADER:  Objection, form. |
| 02:22:21 | 19 | A.   Yes. |
| 02:22:24 | 20 | Q.   (BY MS. HEDGE)  I want to ask you a question |
| 02:22:32 | 21 | about a quote that's in the complaint. |
| 02:22:38 | 22 | Did you have a chance to review the |
| 02:22:42 | 23 | pleading that your lawyers -- lawyers filed before it |
| 02:22:45 | 24 | was filed? |
| 02:22:46 | 25 | A.   I don't know. |

| | | |
|---|---|---|
| 02:47:00 | 1 | in -- in the pod, cell block that he was in, correct? |
| 02:47:06 | 2 | A.   Okay. |
| 02:47:07 | 3 | Q.   You recall that testimony? |
| 02:47:08 | 4 | A.   Yes. |
| 02:47:09 | 5 | Q.   Is it your position that your son should have |
| 02:47:13 | 6 | had somebody watching him constantly, in other words, |
| 02:47:20 | 7 | eyes on him 24 hours a day on February 5th, 2014 because |
| 02:47:27 | 8 | of his mental condition at that time? |
| 02:47:30 | 9 | A.   Well, at that time, yes. |
| 02:47:32 | 10 | Q.   And if the only way that that could be |
| 02:47:35 | 11 | accomplished would be for him to be in the mental health |
| 02:47:40 | 12 | unit under MHMRA's care, is it your position that's |
| 02:47:45 | 13 | where he should have been? |
| 02:47:47 | 14 | MS. NADER:  Objection, form. |
| 02:47:52 | 15 | A.   Yes. |
| 02:48:00 | 16 | Q.   (BY MS. HEDGE)  You understand you have an |
| 02:48:03 | 17 | expert witness that's been hired in this case? |
| 02:48:07 | 18 | You understand that? |
| 02:48:07 | 19 | A.   No. |
| 02:48:07 | 20 | Q.   I'll represent to you that your lawyers have |
| 02:48:11 | 21 | filed a Designation of Expert Witnesses and an expert |
| 02:48:15 | 22 | has been retained named Harvey Norris, from Boyce, |
| 02:48:15 | 23 | Louisiana. |
| 02:48:22 | 24 | Have you heard that name before? |
| 02:48:26 | 25 | A.   I don't remember.  I probably have. |

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION

 3    JACQUELINE SMITH,          )
            Plaintiff,           )
 4                               )
                                 )  CIVIL ACTION NO.:
 5    V.                         )  4:15-cv-2226
                                 )
 6                               )
      HARRIS COUNTY, TEXAS,      )
 7          Defendant.           )

 8                   REPORTER'S CERTIFICATION
                  DEPOSITION OF JACQUELINE SMITH
 9                      MAY 16, 2017

10              I, LILLIAN C. MELANCON, Certified Shorthand

11    Reporter, hereby certify to the following:

12              That the witness, JACQUELINE SMITH, was duly

13    sworn by the officer and that the transcript of the oral

14    deposition is a true record of the testimony given by

15    the witness;

16              That the deposition transcript was submitted on

17    _____June 14_____, 2017, to the witness or to the

18    attorney for the witness for examination, signature and

19    return to me by _____July 17, 2017;

20              That pursuant to information given to the

21    deposition officer at the time said testimony was taken,

22    the following includes counsel for all parties of

23    record:
          Ms. Wallis Nadar, Ms. Hannah Herzog, and Mr. Katriel
24            Statman - attorneys for Plaintiff JACQUELINE SMITH
          Ms. Laura Beckman Hedge and Mr. Keith Toler - attorneys
25            for Defendant HARRIS COUNTY ATTORNEY'S OFFICE
```

CONTINENTAL COURT REPORTERS, INC.
(713) 522-5080

167

1      I further certify that I am neither counsel for,

2    related to, nor employed by any of the parties or

3    attorneys in the action in which this proceeding was

4    taken, and further that I am not financially or

5    otherwise interested in the outcome of the action.

6          Certified to by me this ___14___ day of

7    _Iune_____, 2017.

8

9                    _Lillian C. Melancon___

10                   Lillian C. Melancon, CSR No. 4221
                     Expires 12/31/2018

11                   CONTINENTAL COURT REPORTERS, INC.
                     Firm Registration No. 61

12                   5300 Memorial Drive, Suite 250
                     Houston, Texas 77007-8250

13                   (713) 522-5080

14

15

16

17

18

19

20

21

22

23

24

25

CONTINENTAL COURT REPORTERS, INC.
(713) 522-5080